**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 204 EAL 2019

           Respondent             :

                                :    Petition for Allowance of Appeal from

             v.                  :    the Order of the Superior Court

JOSE GONZALEZ,                :

             Petitioner           :

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.